THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM BINGHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAVER TRANSPORTATION COMPANY, IN PERSONAM; THE TUG VANCOUVER, OFFICIAL NUMBER 990262, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO IN REM,<br><br>　　　　Defendant.<br><br>SHAVER TRANSPORTATION COMPANY, IN PERSONAM, THE TUG VANCOUVER, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO IN REM,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Third-Party Defendant. | AT LAW AND IN ADMIRALTY<br><br>Case No. 3:22-cv-05253<br><br>ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCLOSURE/REPORT DEADLINES<br><br>3:22-cv-05253 |

This matter came before the Court on the Stipulation of the parties to extend the expert witness report and expert rebuttal disclosure/report deadline.

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

IT IS HEREBY ORDERED THAT:

The Expert Witness Disclosure/Report deadline is extended to November 28, 2022.

The Rebuttal to the Expert Witness Disclosure/Report deadline is extended to December 28, 2022.

DONE IN COURT this 1st day of November, 2022.

David G. Estudillo
United States District Judge

PRESENTED BY:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Noah Jarrett
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
*Attorneys for Defendant, Shaver Transportation Company*

CERTIFICATE OF SERVICE - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981