The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM BINGHAM,<br><br>        Plaintiff,<br><br>  vs.<br><br>SHAVER TRANSPORTATION COMPANY, *in personam*; THE Tug VANCOUVER, OFFICIAL NUMBER 990262, her engines, machinery, appurtenances and cargo, *in rem*,<br><br>        Defendants. | Case No.: 3:22-cv-05253-DGE<br><br>IN ADMIRALTY<br><br><br><br>ORDER MODIFYING BENCH TRIAL AND PRETRIAL DATES |
| SHAVER TRANSPORTATION COMPANY, *in personam*, THE Tug VANCOUVER, her engines, machinery, appurtenances and cargo, *in rem*,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Third-Party Defendant. | Note on Motion Calendar:<br>Date: December 16, 2022<br>Courtroom: B<br><br>HON. DAVID G. ESTUDILLO PRESIDING |

(PROPOSED) ORDER MODIFYING BENCH
TRIAL AND PRETRIAL DATES
Case No.: 3:22-cv-05253-DGE

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA  94102, (415) 436-6647

This matter came before the Court on the Stipulation of parties to extend the trial and pretrial dates.

IT IS HEREBY ORDERED THAT the new trial and pretrial dates are as follows:

| | |
|---|---|
| FIVE DAY BENCH TRIAL set for 9:00 AM | October 23, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 28, 2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | December 28, 2022 |
| Mediation | January 17-20, 2023 |
| All motions related to discovery must be filed by | April 19, 2023 |
| Discovery completed by | May 19, 2023 |
| All dispositive motions must be filed by | June 16, 2023 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | September 22, 2023 |
| Agreed pretrial order filed with the Court by | October 6, 2023 |
| Pretrial conference will be held at 11:00 AM on | October 13, 2023 |
| Trial briefs, proposed findings and conclusions and deposition designations due by | October 6, 2023 |

Dated: December 16, 2022



David G. Estudillo
United States District Judge

ORDER MODIFYING BENCH TRIAL AND PRETRIAL DATES
Case No.: 3:22-cv-05253-DGE

1

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA  94102, (415) 436-6647

Dated: December 5, 2022

KERRY J. KEEFE
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, Admiralty

*/s/ Kyle Fralick*
KYLE FRALICK
Trial Attorney
Torts Branch, Civil Division, Admiralty
U.S. Department of Justice

Attorneys for Third-Party Defendant
United States of America

SCHWABE, WILLIMASON & WYATT, P.C.

*/s/ Noah Jarrett*
NOAH JARRETT, WSBA #31117
Email: njarrett@schwabe.com
ADAM MURRAY, WSBA #48553
Email: amurray@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

Attorneys for Defendant and Third-Party Plaintiff
Shaver Transportation Co.

GORDON WEBB AND JOHN MERRIAM
DBA SEATTLE MARITIME ATTORNEYS

*/s/ John W. Merriam*
JOHN W. MERRIAM, WSBA #12749
Email: john@merriam-maritimelaw.com
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: 206-729-5252

Attorney for Plaintiff

ORDER MODIFYING BENCH
TRIAL AND PRETRIAL DATES
Case No.: 3:22-cv-05253-DGE

3

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA  94102, (415) 436-6647

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a true and correct copy of the foregoing (PROPOSED) ORDER MODIFYING BENCH TRIAL AND PRETRIAL DATES was served electronically through email on:

NOAH JARRETT
njarrett@schwabe.com
ADAM MURRAY
amurray@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.

Attorneys for Defendant and Third-Party Plaintiff
SHAVER TRANSPORTATION CO.

JOHN W. MERRIAM
john@merriam-maritimelaw.com
GORDON WEBB AND JOHN MERRIAM
DBA SEATTLE MARITIME ATTORNEYS

Attorney for Plaintiff
ADAM BINGHAM


                /s/Kyle Fralick
                KYLE FRALICK

ORDER MODIFYING BENCH
TRIAL AND PRETRIAL DATES     4
Case No.: 3:22-cv-05253-DGE

U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, P.O. Box 36028
San Francisco, CA  94102, (415) 436-6647