HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM BINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>SHAVER TRANSPORTATION COMPANY, IN PERSONAM; THE M/V VANCOUVER, OFFICIAL NUMBER 990262, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>    Defendants.<br><br>SHAVER TRANSPORTATION COMPANY, IN PERSONAM, THE TUG VANCOUVER, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO IN REM,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Third-Party Defendant. | Case No. 3:22-cv-05253<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTED FOR HEARING:<br>FEBRUARY 21, 2023 |

**STIPULATION**

Plaintiff and Defendants and Third Party Defendant have reached an agreement for full and final resolution of this matter.  Accordingly, the parties hereby stipulate and agree

STIPULATION AN [PROPOSED] ORDER OF DISMISSAL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\082520\270215\NJA\36002730.1

that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

Dated this 21st day of February, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Noah Jarrett*
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
Adam Murray, WSBA #48553
Email: amurray@schwabe.com

*Attorney for Defendants and Third-Party Plaintiffs Shaver Transportation Company and M/V VANCOUVER*

GORDON WEBB AND JOHN MERRIAM DBA SEATTLE MARITIME ATTORNEYS

By: *s/ John W. Merriam*
John W. Merriam, WSBA #12749
Email: john@merriam-maritimelaw.com
4055 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: 106.729.5252
*Attorneys for Plaintiff*

KERRY J. KEEFE
ASSISTANT UNITED STATES ATTORNEY,
CHIEF, CIVIL DIVISION


By: *s/ Kyle Fralick*
Kyle Fralick
Trial Attorney
Torts Branch, Civil Division, Admiralty
U.S. Department of Justice
Email: kyle.fralick@usdoj.gov
450 Golden Gate Avenue, PO Box 36028
San Francisco, CA 94102
Telephone: 415.436.6647
*Of Attorneys for Third Party Defendant*

STIPULATION AN [PROPOSED] ORDER OF DISMISSAL - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\082520\270215\NJA\36002730.1

## **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that this matter shall be dismissed with prejudice, in its entirety, without an award of costs or fees to any party.

DATED this 22nd day of February, 2023.



David G. Estudillo
United States District Judge

STIPULATION AN [PROPOSED] ORDER OF DISMISSAL - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\082520\270215\NJA\36002730.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the state of Washington that on February 21, 2023, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*s/ Noah Jarrett*
Noah Jarrett, WSBA #31117

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\082520\270215\NJA\36002730.1